UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MILJENKO TADIC,

                        Plaintiff,

  -against-

STOLT-NIELSEN S.A., STOLT-NIELSEN, INC.
STOLT PARCEL TANKER, INC.,
STOLT-NIELSEN TRANSPORTATION GROUP
LTD., STOLD PRIDE, INC., STOLT ACCORD,
INC., STOLT EXCELLENCE, INC., STOLT
SINCERITY, INC., STOLT HERON, INC.,
STOLT OSPREY, INC., STOLT INTEGRITY, INC.,
ABC CORPORATION, UNION
CARBIDE CORPORATION, OCCIDENTAL
CHEMICAL CORP., CHEVRON USA INC.,
LYONDELL CHEMICAL COMPANY, BASF
AKTIENGESELLSCHAFT, BP AMOCO
CHEMICAL COMPANY, BP CHEMICALS LTD.,

                        Defendants.
----------------------------------------------------------------X

JUDGMENT
01-CV-6814 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 2 6 2005
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on April 25, 2005, granting defendant Down Corning Corporation's motion to dismiss; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that defendant Dow Corning Corporation's motion to dismiss is granted.

Dated: Brooklyn, New York
       April 25, 2005

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court