FILED
IN CLERK'S OFFICE
U.S. DIST??? ????T E.D.N.Y.
★ JUN 2 8 2005 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MILJENKO TADIC,

                          Plaintiff,                  01 CV 6814 (SJ)

   - against -                                         ORDER

STOLT-NIELSEN S.A., STOLT-NIELSEN, INC.
STOLT PARCEL TANKER, INC.,
STOLT-NIELSEN TRANSPORTATION GROUP
LTD., STOLT PRIDE, INC., STOLT ACCORD,
INC., STOLT EXCELLENCE, INC., STOLT
SINCERITY, INC., STOLT HERON, INC.,
STOLT OSPREY, INC., STOLT INTEGRITY, INC.,
ABC CORPORATIONS 1-50, UNION
CARBIDE CORPORATION, OCCIDENTAL
CHEMICAL CORP., CHEVRON USA INC.,
LYONDELL CHEMICAL COMPANY, DOW
BRAZIL, S.A., DOW INTERNATIONAL, BASF
AKTIENGESELLSCHAFT, BP AMOCO
CHEMICAL COMPANY, BP CHEMICALS LTD.

                          Defendants.
-----------------------------------------------------------------X

APPEARANCES

Robert A. Skoblar
53 North Dean Street
Englewood, NJ 07631
Attorney for Plaintiffs

PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY 14203
By:    Paul F. Jones
Attorney for Defendant Occidental Chemical Corp.

JOHNSON, Senior Judge:

For the reasons stated in this Court's previous Memorandum and Order dated March 29, 2005, the Court finds that the claims brought against Defendant Occidental Chemical Corporation. are untimely. The Clerk of Court is directed to enter a final judgment of dismissal with prejudice with respect to Defendant Occidental Chemical Corporation.

SO ORDERED.

Dated: June 27, 2005
Brooklyn, NY

s/SJ
_____
Senior U.S.D.J.

P-049