FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 29 2005 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MILJENKO TADIC,　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　01-CV-6814 (SJ)
　　　　　　　　Plaintiff,

　-against-

STOLT-NIELSEN S.A., STOLT-NIELSEN, INC.
STOLT-PARCEL TANKER, INC.,
STOLT-NIELSEN TRANSPORTATION GROUP
LTD., STOLT PRIDE, INC., STOLT ACCORD,
INC., STOLT EXCELLANCE, INC., STOLT
SINCERITY, INC., STOLT HERON, INC.,
STOLT OSPREY, INC., STOLT INTEGRITY, INC.,
ABC CORPORATIONS1-50, UNION
CARBIDE CORPORATION, OCCIDENTAL
CHEMICAL CORP., CHEVRON USA INC.,
LYONDELL CHEMICAL COMPANY, DOW
BRAZIL, S.A., DOW INTERNATIONAL, BASF
AKTIENGESELLSCHAFT, BP AMOCO
CHEMICAL COMPANY, BP CHEMICALS LTD.,

　　　　　　　　Defendants.
----------------------------------------------------------------X

　　　　An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on June 28, 2005, finding that the claims brought against defendant Occidental Chemical Corporation are untimely, for the reasons stated in the previous Memorandum and Order dated March 29, 2005; and directing the Clerk of Court to enter a final judgment of dismissal with prejudice with respect to defendant Occidental Chemical Corporation; it is

JUDGMENT
01-CV-6814 (SJ)

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the claims brought against defendant Occidental Chemical Corporation are untimely, for the reasons stated in the previous Memorandum and Order dated March 29, 2005; and that a final judgment of dismissal with prejudice with respect to defendant Occidental Chemical Corporation is hereby entered.

Dated: Brooklyn, New York
      June 29, 2005

ROBERT C. HEINEMANN
Clerk of Court