UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MILJENKO TADIC,

                         Plaintiff,

   -against-

STOLT-NIELSEN S.A., STOLT-NIELSEN, INC.,
STOLT PARCEL TANKER, INC.,
STOLT-NIELSEN TRANSPORTATION GROUP
LTD., STOLT PRIDE, INC., STOLT ACCORD,
INC., STOLT EXCELLENCE, INC., STOLT
SINCERITY, INC., STOLT HERON, INC.,
STOLT OSPREY, INC., STOLT INTEGRITY, INC.,
ABC CORPORATION 1-50, UNION
CARBRIDE CORPORATION, OCCIDENTAL
CHEMICAL CORP., CHEVRON USA INC.,
LYONDELL CHEMICAL COMPANY, DOW
BRAZIL, S.A., DOW INTERNATIONAL, BASF
AKTIENGESELLSCHAFT, BP AMOCO
CHEMICAL COMPANY, BP CHEMICALS LTD.,

                       Defendants.
-------------------------------------------------------------------X

JUDGMENT
01-CV-6814 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  OCT 5 - 2005  ★

P.M. _____
TIME A.M. _____

    An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on September 27, 2005, directing that the Court issued an Order to Show Cause requiring plaintiff to Show Cause within thirty (30) days why the action should not be dismissed for failure to prosecute, and more than thirty days having elapsed without any response from plaintiff apart from a request for an extension in the time to respond; ordering that the Court dismisses the action for failure to prosecute, pursuant to Federal Rules of Civil Procedure 41(b); and directing the Clerk of Court to enter a final judgment of dismissal against all remaining defendants; it is

JUDGMENT
01-CV- 6814 (SJ)

ORDERED and ADJUDGED that the Court issued an Order to Show Cause requiring plaintiff to show within thirty (30) days why the action should not be dismissed for failure to prosecute, and more than thirty days having elapsed without any response from plaintiff apart from a request for an extension in the time to respond; that the Court hereby dismisses the action for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b); and that a final judgment of dismissal is hereby entered against all remaining defendants.

Dated: Brooklyn, New York
       October 04, 2005

ROBERT C. HEINEMANN
Clerk of Court